# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TAYLOR J. McDONALD,** ) | **CASE NO.:**  4:16-cv-03037 |
| ) | |
| Plaintiff, ) | **HON. BENITA Y. PEARSON** |
| ) | |
| vs. ) | |
| ) | **PLAINTIFF'S NOTICE OF SERVICE** |
| **DB INDUSTRIES, LLC** *et al.* ) | **OF FRCP 26 (a) INITIAL** |
| ) | **DISCLOSURES** |
| Defendants. ) | |
| ) | |

Now comes counsel for Plaintiff Taylor McDonald, and pursuant to Federal Rule of Civil Procedure 26(a) hereby gives notice that the Initial Disclosures have been served upon counsel for defendants electronically on this 23rd day of February, 2017.

                Respectfully submitted,

                /s/ *John R. Liber, II*
                JOHN R. LIBER, II (0058424)
                Thrasher, Dinsmore & Dolan
                1111 Superior Avenue, Suite 412
                Cleveland, Ohio 44114
                Phone: (216) 255-5431
                Fax: (216) 255-5450
                Email: jliber@tddlaw.com

                *Counsel for Plaintiff, Taylor McDonald*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice was electronically filed and served on all parties of record pursuant to the Court's electronic filing system this 23rd day of February, 2017. Notice of this filing will be served on all parties by operation of the Court's electronic filing system, and parties may access this filing through the Court's system.

                                        /s/ *John R. Liber, II*
                                        JOHN R. LIBER, II (0058424)