# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TAYLOR J MCDONALD, | ) Case No. 4:16-cv-03037 |
| Plaintiff, | ) Judge Benita Y. Pearson |
| and | ) |
| THE OHIO BUREAU OF WORKERS' COMPENSATION | ) |
| Third Party Plaintiff, | ) |
| v. | |
| DB INDUSTRIES, LLC, et al. | |
| Defendants. | |

## DEFENDANT DB INDUSTRIES, LLC d/b/a CAPITAL SAFETY USA'S NOTICE OF SERVICE OF FRCP 26(a) INITIAL DISCLOSURES.

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant DB Industries, LLC d/b/a Capital Safety, USA respectfully gives notice that its Initial Disclosures have been served upon counsel for Plaintiffs electronically on this 3rd day of March, 2017.

Respectfully submitted,

/s/ Richard D. Schuster
Richard D. Schuster (0022813)
VORYS, SATER, SEYMOUR and PEASE LLP
52 E. Gay Street
P. O. Box 1008
Columbus, OH 43216-1008
Phone: (614) 464-5475
Facsimile: (614) 719-4955
E-mail: rdschuster@vorys.com

/s/ D. Justin Gingerich
D. Justin Gingerich (0092623)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114-1724
Telephone: (216) 479-6137
E-mail: djgingerich@vorys.com

AND

/s/ Gerardo Alcazar
Gerardo Alcazar (admitted *pro hac vice*)
BLACKWELL BURKE P.A.
431 South 7th St., Suite 2500
Minneapolis, MN 55415
Telephone: (612) 343-3225
Facsimile: (612) 343-3205
Email: galcazar@blackwellburke.com

*Attorneys for Defendant DB Industries, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was electronically filed and served on all parties of record pursuant to the Court's electronic filing system this 3rd day of March, 2017. Notice of this filing will be served on all parties by operation of the Court's electronic filing system, and parties may access this filing through the Court's system.

/s/ David J. Gingerich
D. Justin Gingerich (0092623)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114-1724
Telephone: (216) 479-6137
E-mail: djgingerich@vorys.com

*Attorney for Defendants DB Industries LLC*