# UNITED STATES DISTRICT COURT
for the
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **TAYLOR J. McDONALD,** | ) | CASE NO.: 4:16-cv-03037 |
| Plaintiff, | ) | **HON. BENITA Y. PEARSON** |
| vs. | ) | |
| | ) | **NOTICE OF VIDEO DEPOSITIONS OF SAM DORRIS and BRAD TURNER** |
| **DB INDUSTRIES, LLC** *et al.* | ) | |
| Defendants. | ) | |

Please take notice that on Tuesday, June 6, 2017, Plaintiff's counsel will conduct the following depositions, one right after the other, pursuant to Fed. R. Civ. P. 30, at the following location: Stewart Richardson Deposition Services, 20 N.W. Fourth St., Suite 511, Evansville, Indiana 47708:

      9:30 a.m. (Central Time): Sam Dorris
                                   via Subpoena served at:
                                   Pittsburg Tank & Tower Group
                                   1 Watertank Place, Henderson, KY 42420

      11:00 a.m. (Central Time): Brad Turner
                                   via Subpoena served at:
                                   Pittsburg Tank & Tower Group
                                   1 Watertank Place, Henderson, KY 42420

The depositions will be taken in accordance with the Federal Rules of Civil Procedure before a notary public or some other officer authorized by law to administer oaths, will be recorded by both video and stenographic means, and will continue day to day until completed. Deponents attendance is being secured via Subpoena.

Respectfully submitted,

 /s/ *John R. Liber, II*
**JOHN R. LIBER, II** (0058424)
THRASHER, DINSMORE & DOLAN, LPA
1111 Superior Avenue, Suite 412
Cleveland, Ohio 44114
216.255.5431
jliber@tddlaw.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Video Depositions of Sam Dorris and Brad Turner* was electronically filed and served on all parties of record pursuant to the Court's electronic filing system this 2nd day of June, 2017. Notice of this filing will be served on all parties by operation of the Court's electronic filing system, and parties may access this filing through the Court's system.

/s/ *John R. Liber, II*
John R. Liber, II