UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **TAYLOR J. McDONALD,** | ) | CASE NO.:   4:16-cv-03037 |
| | ) | |
| Plaintiff, | ) | **HON. BENITA Y. PEARSON** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **NOTICE OF VIDEO** |
| | ) | **TELECONFERENCE** |
| | ) | **DEPOSITION OF** |
| **DB INDUSTRIES, LLC** *et al.* | ) | **MIKE M. GOODRICH** |
| | ) | |
| Defendants. | ) | |

Please take notice that on Tuesday, June 6, 2017, commencing at 1:30 p.m. (Eastern Time), Plaintiff's counsel will conduct the following video teleconference deposition of Mike M. Goodrich, residing at:  113 Woodford Village Dr., Versailles KY  40383, pursuant to Fed. R. Civ. P. 30.,  at the following location:   Stewart Richardson Deposition Services, 20 N.W. Fourth St., Suite 511, Evansville, Indiana  47708, with the deponent at Regus, 2333 Alexandria Drive, Lexington, KY  40504.

The deposition will be taken in accordance with the Federal Rules of Civil Procedure, via a video teleconference before both videographers and the court reporter (in Evansville), and will be recorded by both video and stenographic means, and will continue day to day until completed. Deponent's attendance is being secured via Subpoena.

Respectfully submitted,

 /s/ *John R. Liber, II*
**JOHN R. LIBER, II** (0058424)
THRASHER, DINSMORE & DOLAN, LPA
1111 Superior Avenue, Suite 412
Cleveland, Ohio 44114
216.255.5431
jliber@tddlaw.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Video Teleconference Deposition of Mike M. Goodrich* was electronically filed and served on all parties of record pursuant to the Court's electronic filing system this 2nd day of June, 2017. Notice of this filing will be served on all parties by operation of the Court's electronic filing system, and parties may access this filing through the Court's system.

/s/ *John R. Liber, II*
John R. Liber, II