# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **TAYLOR J. McDONALD,** | ) CASE NO.: 4:16-cv-03037 |
| Plaintiff, | ) **HON. BENITA Y. PEARSON** |
| vs. | ) **PARTIES JOINT STATUS UPDATE** |
| **DB INDUSTRIES, LLC** *et al.* | ) |
| Defendants. | ) |

Now come the parties to this action, by and through the undersigned counsel, and pursuant to the Court's Entry of December 4, 2017, hereby submit this Joint Status Update.

This case is now settled. With respect to the DBI defendants, all documentation and consideration has been completed, with the exception of the dismissal entry. Since plaintiff and the Global Signal Acquisition / Crown Castle defendants just recently reached an agreed settlement, documentation and payment are being processed.

Wherefore, the parties respectfully request that the Court provide thirty (30) days so that the terms of the settlement for all parties may be completed and a stipulated dismissal entry with prejudice will be filed. This action at the Court's discretion may be removed from the active docket in the meantime.

Respectfully submitted,

| | |
|---|---|
| /s/ *John R. Liber, II* | /s/ *Gerardo Alcazar* |
| John R. Liber, II (0058424) | Gerardo Alcazar (MN 0386522) |
| THRASHER, DINSMORE & DOLAN, LPA | Blackwell Burke P.A. |
| 1111 Superior Avenue, Suite 412 | 431 South Seventh St., Suite 2500 |
| Cleveland, Ohio 44114 | Minneapolis, MN 55415 |
| 216.255.5431 | Phone: (612) 343-3225 |
| Email:jliber@tddlaw.com | Email:galcazar@blackwellburke.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant DB Industries, LLC* |

| | |
|---|---|
| /s/ Richard D. Schuster<br>Richard D. Schuster (0022813)<br>VORYS, SATER, SEYMOUR and PEASE LLP<br>52 E. Gay Street<br>P. O. Box 1008<br>Columbus, OH 43216-1008<br>Phone: (614) 464-5475<br>Facsimile: (614) 719-4955<br><br>E-mail:rdschuster@vorys.com<br><br>*Counsel for DB Industries* | /s/ Thomas J. Cabral<br>Thomas J. Cabral (0033041)<br>Hannah M. Klang (0090470)<br>GALLAGHER, SHARP LLP<br>1501 Euclid Avenue, 6th Floor<br>Cleveland, Ohio 44115<br>Phone: (216) 241-5310<br><br>Email:tcabral@gallaghersharp.com<br><br>*Counsel for Defendant Global Signal Acquisitions II LLC* |
| /s/ D. Justin Gingerich<br>D. Justin Gingerich (0092623)<br>VORYS, SATER, SEYMOUR and PEASE LLP<br>200 Public Square, Suite 1400<br>Cleveland, Ohio 44114-1724<br>Telephone: (216) 479-6137<br><br>E-mail:djgingerich@vorys.com<br><br>*Counsel for DB Industries* | /s/ Edward T. Saadi<br>Edward T. Saadi, (0075775)<br>EDWARD T. SAADI, LLC<br>970 Windham Ct., Suite 7<br>Boardman, OH 44512<br>Phone: (330) 782-1954<br><br>Email:EdwardSaadi@aol.com<br><br>*Special Counsel for the Ohio Attorney General* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Status Report was electronically filed and served on all parties of record pursuant to the Court's electronic filing system this 8th day of December, 2017. Notice of this filing will be served on all parties by operation of the Court's electronic filing system, and parties may access this filing through the Court's system.

/s/ John R. Liber, II
**John R. Liber, II**