PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TAYLOR MCDONALD, | ) | |
| | ) | CASE NO. 4:16CV3037 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| DB INDUSTRIES LLC, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

On December 8, 2017, the parties filed a Joint Status Update, informing the Court that the parties have reached a settlement. ECF No. 44. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before January 8, 2018, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

| | |
|---|---|
| December 11, 2017 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |