Approved.
s/ *Benita Y. Pearson* on 1/17/2018
U.S. District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **TAYLOR J. McDONALD,** | ) | CASE NO.: 4:16-cv-03037 |
| | ) | |
| Plaintiff, | ) | **HON. BENITA Y. PEARSON** |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| **DB INDUSTRIES, LLC** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

Now come the parties to this action, by and through the undersigned counsel, and hereby submit this notice of the dismissal of this action with prejudice. Each party will bear their own costs.

Respectfully submitted,

 /s/ *John R. Liber, II*  
John R. Liber, II (0058424)
THRASHER, DINSMORE & DOLAN, LPA
1111 Superior Avenue, Suite 412
Cleveland, Ohio 44114
216.255.5431
Email:jliber@tddlaw.com

*Counsel for Plaintiff*

 /s/ *Gerardo Alcazar*  
Gerardo Alcazar (MN 0386522)
Blackwell Burke P.A.
431 South Seventh St., Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3225
Email:galcazar@blackwellburke.com

*Counsel for Defendant DB Industries, LLC*

 /s/ *Richard D. Schuster*  
Richard D. Schuster (0022813)
VORYS, SATER, SEYMOUR and PEASE LLP
52 E. Gay Street
P. O. Box 1008
Columbus, OH 43216-1008
Phone: (614) 464-5475
Facsimile: (614) 719-4955

E-mail:rdschuster@vorys.com

*Counsel for DB Industries*

 /s/ *Thomas J. Cabral*  
Thomas J. Cabral (0033041)
Hannah M. Klang (0090470)
GALLAGHER, SHARP LLP
1501 Euclid Avenue, 6th Floor
Cleveland, Ohio 44115
Phone: (216) 241-5310

Email:tcabral@gallaghersharp.com

*Counsel for Defendant Global*
*Signal Acquisitions II LLC*

 /s/ *D. Justin Gingerich*  
D. Justin Gingerich (0092623)

 /s/ *Edward T. Saadi*  
Edward T. Saadi, (0075775)

| | |
|---|---|
| VORYS, SATER, SEYMOUR and PEASE LLP<br>200 Public Square, Suite 1400<br>Cleveland, Ohio 44114-1724<br>Telephone: (216) 479-6137<br><br>E-mail:djgingerich@vorys.com<br><br>*Counsel for DB Industries* | EDWARD T. SAADI, LLC<br>970 Windham Ct., Suite 7<br>Boardman, OH 44512<br>Phone: (330) 782-1954<br><br>Email:EdwardSaadi@aol.com<br><br>*Special Counsel for the Ohio Attorney General* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was electronically filed and served on all parties of record pursuant to the Court's electronic filing system this 12th day of January, 2018. Notice of this filing will be served on all parties by operation of the Court's electronic filing system, and parties may access this filing through the Court's system.

*/s/ D. Justin Gingerich*
**D. Justin Gingerich**